**GREG COLEMAN LAW PC**
Alex R. Straus, Esq. (SBN 321366)
alex@gregcolemanlaw.com
16748 McCormick Street
Los Angeles, CA 91436
T: 917-471-1894

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| KELLY WHALEN, S.M., a Minor, By and Through her Guardian, Tachah Wade, and VICTORIA EDELSTEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:20-cv-06361-JST <br><br><br> **NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

   **PLEASE TAKE NOTICE** that Plaintiffs Kelly Whalen, S.M., a Minor, by and through her Guardian Tachah Wade and Victoria Edelstein, individually and on behalf of all others similarly situated, file this Notice of Appearance and hereby notify the Court and all parties that Alex R. Straus of Greg Coleman Law PC, 16748 McCormick Street, Los Angeles, CA 91436, hereby enters his appearance as counsel of record for Plaintiffs Kelly Whalen, S.M., a Minor, by and through her Guardian Tachah Wade and Victoria Edelstein, individually and on behalf of all others similarly situated, in the above-referenced matter.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 19, 2021 | **GREG COLEMAN LAW PC** |
| 3 | | */s/ Ales R. Straus* |
| 4 | | Alex R. Straus (SBN 321366) |
| 5 | | alex@gregcolemanlaw.com |
| | | 16748 McCormick Street |
| 6 | | Los Angeles, CA  91436 |
| 7 | | T: 917-471-1894 |
| 8 | | *Attorney for Plaintiffs and the Proposed Class* |