MAYER BROWN LLP
LAUREN R. GOLDMAN (*pro hac vice*)
(lrgoldman@mayerbrown.com)
MICHAEL RAYFIELD (*pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone:  (212) 506-2500
Facsimile:  (212) 849-5589

MAYER BROWN LLP
MATTHEW D. PROVANCE (*pro hac vice*)
(mprovance@mayerbrown.com)
71 Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8598

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KELLY WHALEN, individually and on behalf of all others similarly situated, and S.M., a minor, by and through her guardian, Tachah Wade, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:20-CV-06361-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE OF ARBITRATION-RELATED DISCOVERY**<br><br>Hon. Jon S. Tigar |

Pursuant to the Court's Order Regarding Arbitration-Related Discovery and Related Deadlines, dated March 30, 2021 (ECF No. 58), the parties in the above-referenced action have met and conferred and agreed to the following schedule to complete arbitration-related discovery and further briefing on Facebook's Motion to Compel Arbitration and Stay Litigation:

| Event | Event Deadline |
|---|---|
| Parties to serve written responses and objections to discovery requests | April 19, 2021 |
| Last day to meet and confer regarding discovery requests | May 3, 2021 |
| Substantial completion of document productions | May 28, 2021 |
| Parties to file joint status report to the Court regarding the amount of time required to complete any remaining document productions or depositions, and setting Close of Discovery. | May 28, 2021 |
| Plaintiffs to file Opposition Brief to Facebook's Motion to Compel Arbitration and Stay Litigation ("Plaintiffs' Opposition") | 21 days after Close of Discovery |
| Facebook to file Reply Brief in Further Support of its Motion to Compel Arbitration and Stay Litigation | 21 days after Plaintiffs' Opposition brief |

IT IS SO STIPULATED, through Counsel of Record.

1
STIPULATION AND [PROPOSED ORDER] REGARDING SCHEDULE OF ARBITRATION-RELATED DISCOVERY, CASE NO. 4:20-CV-06361-JST

| | | |
|---|---|---|
| 1 | Dated:  April 8, 2021 | MAYER BROWN LLP |
| 2 | | COOLEY LLP |
| | | By: */s/ Lauren R. Goldman* |
| | | |
| | | Lauren R. Goldman* |
| | | Michael Rayfield* |
| | | Mayer Brown LLP |
| | | 1221 Avenue of the Americas |
| | | New York, NY 10020 |
| | | Telephone: (212) 506-2647 |
| | | lrgoldman@mayerbrown.com |
| | | mrayfield@mayerbrown.com |
| | | |
| | | Matthew D. Provance* |
| | | Mayer Brown LLP |
| | | 71 S. Wacker Drive |
| | | Chicago, IL 60606 |
| | | Telephone: (312) 782-0600 |
| | | mprovance@mayerbrown.com |
| | | |
| | | Michael G. Rhodes (116127) |
| | | Whitty Somvichian (194463) |
| | | Cooley LLP |
| | | 101 California Street, 5th Floor |
| | | San Francisco, CA 94111 |
| | | Telephone: (415) 693-2000 |
| | | rhodesmg@cooley.com |
| | | wsomvichian@cooley.com |
| | | |
| | | *Admitted *pro hac vice* |
| | | |
| | | *Counsel for Defendant Facebook, Inc.* |

| | | |
|---|---|---|
| 1 | Dated: April 8, 2021 | **CARLSON LYNCH LLP** |
| 2 | | |
| 3 | | By:  /s/ *Todd D. Carpenter* |
| 4 | | |
| 5 | | Todd D. Carpenter (234464)<br>CARLSON LYNCH LLP<br>1350 Columbia St., Ste. 603 |
| 6 | | San Diego, CA 92101<br>Tel.: 619-762-1900 |
| 7 | | Fax: 619-756-6991<br>tcarpenter@carlsonlynch.com |
| 8 | | |
| 9 | | Kyle A. Shamberg*<br>Nicholas R. Lange*<br>CARLSON LYNCH LLP |
| 10 | | 111 West Washington Street, Suite 1240<br>Chicago, IL 60602 |
| 11 | | Tel.: 312-750-1265<br>kshamberg@carlsonlynch.com |
| 12 | | nlange@carlsonlynch.com |
| 13 | | Matthew E. Lee*<br>Erin J. Ruben* |
| 14 | | WHITFIELD BRYSON LLP<br>900 W. Morgan Street |
| 15 | | Raleigh, North Carolina 27603<br>Telephone: (919) 600-5000 |
| 16 | | Facsimile: (919) 600-5035<br>matt@whitfieldbryson.com |
| 17 | | erin@whitfieldbryson.com |
| 18 | | Counsel for Plaintiffs and the Proposed Class |

**ATTESTATION**: Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories.

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 9, 2021

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE