MAYER BROWN LLP
LAUREN R. GOLDMAN (*pro hac vice*)
(lrgoldman@mayerbrown.com)
MICHAEL RAYFIELD (*pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
Facsimile: (212) 849-5589

MAYER BROWN LLP
MATTHEW D. PROVANCE (*pro hac vice*)
(mprovance@mayerbrown.com)
71 Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8598

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KELLY WHALEN, individually and on behalf of all others similarly situated, and S.M., a minor, by and through her guardian, Tachah Wade, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:20-CV-06361-JST<br><br>**SUPPLEMENTAL JOINT STATUS REPORT REGARDING ARBITRATION-RELATED DISCOVERY**<br><br>Hon. Jon S. Tigar<br>Hon. Joseph C. Spero |

1 | Pursuant to the Court's June 2, 2021 Order Regarding Arbitration-Related Discovery (ECF No. 73), the parties in the above-referenced action report to the Court that they have agreed on June 24, 2021 for the deposition of Michael Duffey.  As such, the parties anticipate that the Court will vacate the status hearing set for June 4, 2021 at 3:00 p.m. (ECF No. 74).

Dated:  June 3, 2021

**MAYER BROWN LLP**
**COOLEY LLP**

By:  /s/ *Lauren R. Goldman*

Lauren R. Goldman*
Michael Rayfield*
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2647
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

Matthew D. Provance*
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
mprovance@mayerbrown.com

Michael G. Rhodes (116127)
Whitty Somvichian (194463)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
rhodesmg@cooley.com
wsomvichian@cooley.com

*Admitted *pro hac vice*

*Counsel for Defendant Facebook, Inc.*

| | | |
|---|---|---|
| 1 | Dated: June 3, 2021 | **CARLSON LYNCH LLP** |
| 2 | | |
| 3 | | By: /s/ *Todd D. Carpenter* |
| 4 | | |
| 5 | | Todd D. Carpenter (234464)<br>CARLSON LYNCH LLP |
| 6 | | 1350 Columbia St., Ste. 603<br>San Diego, CA 92101 |
| 7 | | Tel.: 619-762-1900<br>Fax: 619-756-6991 |
| 8 | | tcarpenter@carlsonlynch.com |
| 9 | | Kyle A. Shamberg*<br>Nicholas R. Lange* |
| 10 | | CARLSON LYNCH LLP<br>111 West Washington Street, Suite 1240 |
| 11 | | Chicago, IL 60602<br>Tel.: 312-750-1265 |
| 12 | | kshamberg@carlsonlynch.com<br>nlange@carlsonlynch.com |
| 13 | | Matthew E. Lee* |
| 14 | | Erin J. Ruben*<br>WHITFIELD BRYSON LLP |
| 15 | | 900 W. Morgan Street<br>Raleigh, North Carolina 27603 |
| 16 | | Telephone: (919) 600-5000<br>Facsimile: (919) 600-5035 |
| 17 | | matt@whitfieldbryson.com<br>erin@whitfieldbryson.com |
| 18 | | Counsel for Plaintiffs and the Proposed Class |
| 19 | | |
| 20 | | |
| 21 | **ATTESTATION**: Pursuant to Local Civil Rule 5-1(i)(3), the Filer attests that concurrence in the filing of this document has been obtained from all signatories. | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |