| | |
|---|---|
| 1 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 2 | |
| 3 | Alex R. Straus (SBN 321366) |
|   | astraus@milberg.com |
|   | 280 South Beverly Drive |
| 4 | Penthouse |
|   | Beverly Hills, CA 90212 |
| 5 | Telephone: 917-471-1894 |
|   | Facsimile: 310-496-3176 |
| 6 | |
|   | Jonathan B. Cohen (*pro hac vice*) |
| 7 | jcohen@milberg.com |
|   | 800 S. Gay Street, Suite 1100 |
| 8 | Knoxville, TN 37929 |
|   | Telephone: 865-247-0080 |
| 9 | Facsimile: 865-522-0049 |
| 10 | *Attorneys for Plaintiffs* |
|    | *and the Proposed Class* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| KELLY WHALEN,, individually and on behalf of all others similarly situated, and S.M., a minor, by and through her guardian, Tachah Wade, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 4:20-cv-06361-JST |
| v. | Honorable Jon S. Tigar |
| FACEBOOK, INC., | Honorable Joseph C. Spero |
| Defendant. | |

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Alex R. Straus and Jonathan B. Cohen, attorneys for Plaintiffs and the proposed class, will be as follows:

| | |
|---|---|
| 1 | Alex Straus |
| 2 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 3 | 280 South Beverly Drive |
| | Penthouse |
| 4 | Beverly Hills, CA 90212 |
| | Telephone: 917-471-1894 |
| 5 | Facsimile: 310-496-3176 |
| 6 | astraus@milberg.com |

Alex Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive
Penthouse
Beverly Hills, CA 90212
Telephone: 917-471-1894
Facsimile: 310-496-3176
astraus@milberg.com

Jonathan B. Cohen
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
jcohen@milberg.com

Dated: June 11, 2021         Respectfully submitted,

*s/Alex Straus*
Alex Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive
Penthouse
Beverly Hills, CA 90212
Telephone: 917-471-1894
Facsimile: 310-496-3176
astraus@milberg.com

Jonathan B. Cohen
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
jcohen@milberg.com

Notice of Change of Attorney Information

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Change of Attorney Information* was served by CM/ECF to the parties registered to the Court's CM/ECF system. This the 11th day of June, 2021.

*s/Alex Straus*
Alex Straus
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**