MAYER BROWN LLP
LAUREN R. GOLDMAN (*pro hac vice*)
(lrgoldman@mayerbrown.com)
MICHAEL RAYFIELD (*pro hac vice*)
(mrayfield@mayerbrown.com)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
Facsimile: (212) 849-5589

MAYER BROWN LLP
MATTHEW D. PROVANCE (*pro hac vice*)
(mprovance@mayerbrown.com)
71 Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8598

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
LAUREN J. POMEROY (291604)
(lpomeroy@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KELLY WHALEN, individually and on behalf of all others similarly situated, and S.M., a minor, by and through her guardian, Tachah Wade, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　　Defendant. | Case No. 4:20-CV-06361-JST<br><br>**STIPULATION REGARDING SEALING PORTIONS OF THE COURT'S ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATRATION AND ADMINISTRATIVELY CLOSING THE CASE**<br><br>Location: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar<br>Trial Date: None<br>Complaint Filed: August 14, 2020 |

Pursuant to the Court's Order of April 4, 2022 requiring the parties to file a stipulated proposed redacted version of the Court's Order Granting Defendant's Motion to Compel Arbitration and Administratively Closing Case (ECF No. 100, 101 ("Order")), plaintiffs Kelly Whalen and S.M., a minor and Defendant Facebook, Inc., by and through their undersigned counsel, hereby submit this stipulation identifying limited proposed redactions of the Order containing or referring to information subject to prior sealing orders. A proposed redacted version of the Order is attached hereto.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 11, 2022                    MAYER BROWN LLP

By: */s/ Lauren R. Goldman*
    Lauren R. Goldman
    Michael Rayfield
    Matthew D. Provance

COOLEY LLP

Michael G. Rhodes
Whitty Somvichian
Lauren J. Pomeroy

*Attorneys for Defendant Facebook, Inc.*

Dated: April 11, 2022                    CARLSON LYNCH LLP

By: */s/ Katrina Carroll*
    Katrina Carroll
    Nicholas R. Lange
    Todd D. Carpenter

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

Matthew E. Lee
Erin J. Ruben
Jonathan B. Cohen

*Attorneys for Plaintiffs.*

1  **ATTESTATION**:  The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____         _____
                                       THE HONORABLE JON S. TIGAR
                                       UNITED STATES DISTRICT JUDGE